*E-Filed 4/10/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL SHEPARD, | No. C 12-0962 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| D.K. JOHNSON, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not paid the filing fee nor filed an IFP application. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing a complete IFP application. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: April 10, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-0962 RS (PR)
ORDER OF DISMISSAL